

**ORDERED in the Southern District of Florida on January 16, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                              CASE NO.:18-22936-BKC-MAM

475 Otter LLC,                                              CHAPTER 7
    Debtor(s).
_____/

### ORDER DIRECTING IVAN VARGAS TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED AND/OR REFERRED FOR CRIMINAL PROSECUTION

**THIS MATTER** came before the court for hearing on January 8, 2019, for a show cause hearing scheduled upon the failure of Debtor 475 Otter LLC to file schedules, statements, and lists. *See Order Setting Show Cause Hearing* (ECF No. 11). To date, Debtor has not filed schedules and did not appear through an officer, member, or counsel at the January 8, 2019, show cause hearing.

On October 18, 2018, an involuntary chapter 7 bankruptcy petition was instituted against Debtor by petitioning creditor PB Developers LLC. *See Petition* (ECF No. 1). The Petition was signed by a representative of PB Developers LLC, but the representative did not print his name or mailing address as required on page 3 of the Petition. The signature on the Petition is illegible, but appears to be identical to the signature that appears on the *Corporate Ownership Statement* (ECF No. 2) and is identified on the Corporate Ownership Statement as Ivan Vargas.

According to the Florida Division of Corporations, Ivan Vargas is the registered agent for both PB Developers LLC and Debtor.

In its *Motion for Relief from Automatic Stay* (ECF No. 8), Creditor Third Federal Savings & Loan Association of Cleveland ("Third Federal") detailed troubling allegations of a fraudulent scheme, including allegations that Debtor was created thirteen days before the filing of the Petition and that real property located at 1361 SW 20th Street, Boynton Beach, Florida 33426 (the "Property") was transferred by quitclaim deed to Debtor after the filing of the Petition.

At the January 8, 2019, hearing, chapter 7 trustee Robert Furr also indicated his concern that the filing of this involuntary petition was an abuse of the bankruptcy system.

For these reasons and the additional reasons stated on the record at the January 8, 2019, hearing, the court is concerned that Ivan Vargas is abusing the bankruptcy system in order to delay and deprive Third Federal, and potentially other

creditors, of their legal rights to collect on legitimate debts. Accordingly, the Court, being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

Ivan Vargas shall appear at a hearing on <u>**February 5, 2019, at 10:00 a.m.**</u> before the Honorable Mindy A. Mora, at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom A, West Palm Beach, Florida, to show cause as to why he should not be sanctioned and/or referred for criminal prosecution for his role in the filing of the above-captioned involuntary bankruptcy case. <u>Mr. Vargas shall appear at the hearing in person and not telephonically.</u>

###

Copies Furnished To:

Ivan Vargas
2294 Ridgewood Circle
Royal Palm Beach, FL 33411

Ivan Vargas
Registered Agent for 475 Otter LLC
475 Otter Lane S.
Jupiter, FL 33458

Ivan Vargas
Registered Agent for PB Developers LLC
2294 Ridgewood Circle
Royal Palm Beach, FL 33411

Robert Furr, Trustee

Gerard Kouri, Esq.

Amy Kiser, Esq.

AUST