UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In Re:  475 OTTER LLC,

                Debtor(s).

_____/

Case No. 18-22936-MAM
Chapter 7

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 475 Otter LLC (the "Debtor") in the above captioned action, certifies that the following is a (are) corporation(s), other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**There are no entities to report under FRBP 7007.1**

Dated:  February 8, 2019.

                                          Respectfully Submitted,

                                          WESLEY E. TERRY, P.A.
                                          Attorneys for Debtor
                                          401 East Las Olas Blvd., Suite 1400
                                          Fort Lauderdale, Florida 33301
                                          Telephone: (954) 332-2438
                                          Facsimile:  (954) 332-2301

                                          By: _____
                                               Wesley E. Terry, Esq.
                                               Florida Bar No. 14008
                                               wes@wterrylaw.com