## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
www.flsb.uscourts.gov

In Re:  475 OTTER LLC,

                Debtor(s).

Case No. 18-22936-MAM

Chapter 7

_____/

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 475 Otter LLC (the "Debtor") in the above captioned action, certifies that the following is a (are) corporation(s), other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**There are no entities to report under FRBP 7007.1**

Dated: February 8, 2019.

Respectfully Submitted,

Ivan Vargas
Officer of Debtor
475 Otter LLC
475 Otter Ln. S.
Jupiter, FL 33458
(561) 774-5880
ivan@fuegohd.com
By: /s/ Ivan Vargas

1